# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>GRANT D. PROSPERI | Case No. 13-22645TPA |
| Debtor(s)<br>RONDA J. WINNECOUR,<br>Standing Chapter 13 Trustee, | Chapter 13 |
| Movant<br>vs.<br>CITIFINANCIAL INC (NON-RE*)++ | Document No __ |
| Respondents | |

## NOTICE OF FUNDS ON RESERVE

The Movant, Ronda J. Winnecour, Chapter 13 Standing Trustee, gives notice to the above named Respondent that she has placed the Respondent-creditor's claim (identified below) on reserve, pursuant to W. PA. LBR 3002-3(f)(2), for the following reason:

The mailing address is defunct and mail is being returned by the Postal Service

| | |
|---|---|
| CITIFINANCIAL INC (NON-RE*)++<br>POB 70923<br>CHARLOTTE, NC 28272-0923 | Court claim# 13/Trustee CID# 15 |

The Movant further certifies that on 06/18/2018 , copies of this notice were served on the parties required to be served pursuant to W.PA.LBR 3002-3(g).

| | |
|---|---|
| cc: debtor(s)<br>    original creditor<br>    putative creditor<br>    counsel for debtor(s)<br>    counsel for the creditor(s) (if known) | /s/ Ronda J. Winnecour<br>RONDA J WINNECOUR PA ID #30399<br>CHAPTER 13 TRUSTEE WD PA<br>600 GRANT STREET<br>SUITE 3250 US STEEL TWR<br>PITTSBURGH, PA  15219<br>(412) 471-5566<br>cmecf@chapter13trusteewdpa.com |

DEBTOR(S):
GRANT D. PROSPERI, 210 EAST PIKE STREET, HOUSTON, PA  15342

DEBTOR'S COUNSEL:
PAUL W MCELRATH JR ESQ,
MCELRATH LEGAL HOLDINGS LLC,
1641 SAW MILL RUN BLVD,
PITTSBURGH, PA  15210

NEW CREDITOR:

ORIGINAL CREDITOR:
CITIFINANCIAL INC (NON-RE*)++, POB 70923, CHARLOTTE, NC  28272-0923