**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

06/19/2018

IN RE:

GRANT D. PROSPERI
210 EAST PIKE STREET
HOUSTON, PA 15342
XXX-XX-2577          Debtor(s)

Case No.13-22645 TPA

Chapter 13

## NOTICE OF CLAIMS FILED AND INTENTION TO PAY CLAIMS

NOTICE IS HEREBY GIVEN of claims filed and the intention of the Chapter 13 Trustee to pay the claims of creditors named below, in the amounts* and manner authorized by the terms and provisions of the confirmed Chapter 13 Plan, the order confirming the Plan, and applicable rules.

This Notice is filed as a courtesy, to inform all parties of the claims the Trustee has found in the case. This Notice does not seek authorization to pay claims, as that authorization already exists in the form of plan terms, applicable rules, and confirmation orders. Any party who objects to the allowance of a filed claim must file a formal objection to the claim itself, NOT an objection to this Notice.

This Notice should not be construed as altering the deadlines for filing objections to proofs of claim, as contained in the Federal Rules of Bankruptcy Procedure, the confirmed Chapter 13 Plan, or the order confirming the Chapter 13 Plan. Pursuant to 11 U.S.C. § 502 (a), the claims which have been filed as stated above will be deemed allowed for purposes of distribution and shall be paid unless the debtor or other party in interest has timely objected to the claim, and provided notice of the objection to the Trustee, prior to the claim being paid by the Trustee.

The following claim information is derived from one or more of the following sources: the debtor(s)' Chapter 13 Plan, proofs of claim, and the order confirming the plan. The list does not include claims which have been disallowed, withdrawn, or claims not provided for in the Chapter 13 Plan for which proofs of claim have not been filed. Some of the claims listed on the following pages may have already been fully or partially paid by the Trustee. To determine whether or not any payments have already been disbursed on a claim, please consult the Trustee's web site at www.13network.com.

*Unless the Chapter 13 Plan provides for a 100% payment of unsecured claims and is adequately funded to pay 100%, the actual percentage dividend which will be paid to the holders of allowed unsecured claims is not presently known.  In accordance with the provisions of the Chapter 13 Plan and local rules, the amount and percentage dividend to which unsecured creditors are entitled will be determined during the Trustee's final audit of this case.  An adjustment of the percentage to be paid to the unsecured creditors will be performed after the Trustee has calculated the actual amount of funds available for distribution to unsecured creditors, after determining the amounts needed to complete payments on the secured and priority claims.  <u>Notwithstanding the fact that the final calculation will not be done until final audit, the Trustee will distribute funds to unsecured creditors, in accordance with the Chapter 13 Plan and Bankruptcy Code priorities, when and as funds allow.</u>

<u>/s/ RONDA J. WINNECOUR</u>
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

I herein certify that a copy of this notice was served upon the listed creditors of record of this date and the debtor(s) and debtor(s) attorney of record on this date by regular U.S. Mail, postage prepaid, at the address as it appears in the records hereof.

6/19/2018

/s/Trustee'sAdministrativAssistant
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

SEE NEXT PAGE FOR CLAIMS

**CLAIM RECORDS**

| Creditor | Claim Info | Credit Info |
|---|---|---|
| **MARGARET GAIRO ESQ**<br>MCCABE WEISBERG & CONWAY PC<br>123 S BROAD ST STE 1400<br><br>PHILADELPHIA, PA  19109 | Trustee Claim Number:1   INT %:  0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT:  BANK OF NY MELLON/PRAE | CRED DESC:  NOTICE ONLY<br>ACCOUNT NO.: |
| **DEUTSCHE BANK NATIONAL TRUST CO - TRUST**<br>C/O SELECT PORTFOLIO SERVICING INC*<br>PO BOX 65450<br><br>SALT LAKE CITY, UT  84165-0450 | Trustee Claim Number:2   INT %:  0.00%<br>Court Claim Number:9<br><br>CLAIM:  0.00<br>COMMENT:  PMT/DECL*1ST*DKT4PMT-LMT*BGN 7/13*FR DEUTSCHE C/O CHASE RECORDS-D1 | CRED DESC:  MORTGAGE REGULAR PAYMEN<br>ACCOUNT NO.:  6162 |
| **JPMORGAN CHASE BANK NA**<br>3415 VISION DR<br>MAIL CODE OH4-7142<br><br>COLUMBUS, OH  43219 | Trustee Claim Number:3   INT %:  0.00%<br>Court Claim Number:21-2<br><br>CLAIM:  0.00<br>COMMENT:  2ND*PMT/PL@CHASE HM FNC*PMT NT STD/CL*257.98x(60+2)=LMT*FLD AFT BAR*/ | CRED DESC:  MORTGAGE REGULAR PAYMEN<br>ACCOUNT NO.:  5105 |
| **WASHINGTON COUNTY TAX CLM BUREAU(*)**<br>COURTHOUSE-MAIN ST<br>100 W BEAU ST STE 205<br><br>WASHINGTON, PA  15301-4402 | Trustee Claim Number:4   INT %:  9.00%<br>Court Claim Number:4-2<br><br>CLAIM:  0.00<br>COMMENT:  3600080002001000*3075.65@9%/PL~11-12*AMD CL=$0~PIF THRU 2016 | CRED DESC:  SECURED CREDITOR<br>ACCOUNT NO.:  1000 |
| **AES (AMERICAN EDUCATION SRVCS)**<br>1200 N SEVENTH ST 2ND FL*<br>ATTN DDB TEAM<br><br>HARRISBURG, PA  17104-1444 | Trustee Claim Number:5   INT %:  0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT:  KEYSTONE DIRECT/SCH | CRED DESC:  SPECIAL NOTICE ONLY<br>ACCOUNT NO.:  ? |
| **AES/PHEAA**<br>PO BOX 1463*<br><br>HARRISBURG, PA  17105 | Trustee Claim Number:6   INT %:  0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT:  NT ADR/SCH | CRED DESC:  SPECIAL NOTICE ONLY<br>ACCOUNT NO.:  7001 |
| **AMERICAN EXPRESS**<br>P O BOX 53779<br><br>PHOENIX, AZ  85072 | Trustee Claim Number:7   INT %:  0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT:  NT ADR/SCH | CRED DESC:  SPECIAL NOTICE ONLY<br>ACCOUNT NO.:  ? |
| **ARROW FINANCIAL SERVICES++**<br>1999 GREENSBURG RD<br><br>NEW KENSINGTON, PA  15068 | Trustee Claim Number:8   INT %:  0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT:  NT ADR/SCH | CRED DESC:  SPECIAL NOTICE ONLY<br>ACCOUNT NO.:  ? |
| **ASSET ACCEPTANCE CORP**<br>POB 2036<br><br>WARREN, MI  48090 | Trustee Claim Number:9   INT %:  0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT: | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  ? |
| **ATLANTIC CREDIT & FINANCE INC**<br>POB 13386<br><br>ROANOKE, VA  24033-3386 | Trustee Claim Number:10  INT %:  0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT: | CRED DESC:  SPECIAL NOTICE ONLY<br>ACCOUNT NO.:  ? |

| Creditor | Trustee Claim / Court Claim / Claim / Comment | Cred Desc / Account No. |
|---|---|---|
| **BANK OF AMERICA**\*\*<br>ATTN FIA CARD SVCS-PMT SVCS<br>1000 SAMOSET DR<br>NEWARK, DE  19713 | Trustee Claim Number:11  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: SPECIAL NOTICE ONLY<br>ACCOUNT NO.: ? |
| **CAPITAL ONE(\*)**<br>6125 LAKEVIEW RD STE 800<br>CHARLOTTE, NC  28269 | Trustee Claim Number:12  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: SPECIAL NOTICE ONLY<br>ACCOUNT NO.: ? |
| **CARE CREDIT**<br>950 FORRER BLVD<br>KETTERING, OH  45420 | Trustee Claim Number:13  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR~GEMB/SCH | CRED DESC: SPECIAL NOTICE ONLY<br>ACCOUNT NO.: ? |
| **CHASE++**<br>PO BOX 15298<br>WILMINGTON, DE  19850 | Trustee Claim Number:14  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1471 |
| **CITIFINANCIAL INC (NON-RE\*)++**<br>POB 70923<br>CHARLOTTE, NC  28272-0923 | Trustee Claim Number:15  INT %: 0.00%<br>Court Claim Number:13<br>CLAIM: 7,742.70<br>COMMENT: 2879/SCH\*NO POD\*TEE 2OBJ\*NTC-RSV\*DKT | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 2466 |
| **CITIFINANCIAL INC (NON-RE\*)++**<br>POB 70923<br>CHARLOTTE, NC  28272-0923 | Trustee Claim Number:16  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NO$/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 2879 |
| **DELL FINANCIAL SERVICES LLC**<br>C/O RESURGENT CAP SVCS<br>POB 10390<br>GREENVILLE, SC  29603-0390 | Trustee Claim Number:17  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: SPECIAL NOTICE ONLY<br>ACCOUNT NO.: ? |
| **DISCOVER BANK(\*)**<br>C/O DISCOVER FINANCIAL SVCS<br>POB 3025<br>NEW ALBANY, OH  43054 | Trustee Claim Number:18  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: SPECIAL NOTICE ONLY<br>ACCOUNT NO.: ? |
| **FDS NATIONAL BANK**<br>9111 DUKE BLVD STE 100B<br>MASON, OH  45040 | Trustee Claim Number:19  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: DSNB MACY/SCH | CRED DESC: SPECIAL NOTICE ONLY<br>ACCOUNT NO.: ? |
| **EAST BAY FUNDING**<br>C/O RESURGENT CAPITAL SERVICES LP<br>PO BOX 288<br>GREENVILLE, SC  29603 | Trustee Claim Number:20  INT %: 0.00%<br>Court Claim Number:16<br>CLAIM: 4,095.17<br>COMMENT: NO NUM/SCH\*ROUNDUP FNDNG~GE CAP\*PMT 6/25/13 @09-20949\*DKT | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1983 |

| Creditor | Claim Info | Cred Desc / Account |
|---|---|---|
| **EAST BAY FUNDING**<br>C/O RESURGENT CAPITAL SERVICES LP<br>PO BOX 288<br>GREENVILLE, SC  29603 | Trustee Claim Number:21  INT %:  0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT:  NO$/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  ? |
| **EAST BAY FUNDING**<br>C/O RESURGENT CAPITAL SERVICES LP<br>PO BOX 288<br>GREENVILLE, SC  29603 | Trustee Claim Number:22  INT %:  0.00%<br>Court Claim Number:19<br>CLAIM:  1,370.41<br>COMMENT:  NO NUM/SCH*ROUNDUP FNDNG~CAPITAL ONE BANK*PMT 6/25/13 @09-20949*DKT | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  3552 |
| **EAST BAY FUNDING**<br>C/O RESURGENT CAPITAL SERVICES LP<br>PO BOX 288<br>GREENVILLE, SC  29603 | Trustee Claim Number:23  INT %:  0.00%<br>Court Claim Number:15<br>CLAIM:  14,025.13<br>COMMENT:  NO NUM/SCH*ROUNDUP FNDNG~CHASE BANK*PMT 6/25/13 @09-20949*DKT | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  4636 |
| **EAST BAY FUNDING**<br>C/O RESURGENT CAPITAL SERVICES LP<br>PO BOX 288<br>GREENVILLE, SC  29603 | Trustee Claim Number:24  INT %:  0.00%<br>Court Claim Number:18<br>CLAIM:  6,736.09<br>COMMENT:  NO NUM/SCH*ROUNDUP FNDNG~WRLD FNCL~LEVIN*PMT 6/25/13 @09-20949*DKT | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  5144 |
| **ECAST SETTLEMENT CORP**<br>POB 35480<br>NEWARK, NJ  07193-5480 | Trustee Claim Number:25  INT %:  0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT: | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  ? |
| **ECAST SETTLEMENT CORP**<br>POB 35480<br>NEWARK, NJ  07193-5480 | Trustee Claim Number:26  INT %:  0.00%<br>Court Claim Number:2<br>CLAIM:  5,795.92<br>COMMENT:  NO NUM/SCH*FIA CRD SVCS*PMT 6/25/13 @09-20949*DKT | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  8687 |
| **ECMC(*)**<br>LOCKBOX #8682<br>PO BOX 16478<br>ST PAUL, MN  55116-0478 | Trustee Claim Number:27  INT %:  0.00%<br>Court Claim Number:3<br>CLAIM:  2,676.69<br>COMMENT:  0002/SCH*ALSO SCH@CID 28*PMT 6/25/13 @09-20949*DKT | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  2577 |
| **ECMC(*)**<br>LOCKBOX #8682<br>PO BOX 16478<br>ST PAUL, MN  55116-0478 | Trustee Claim Number:28  INT %:  0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT:  COMB@CID27 | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  0001 |
| **FIRST COMMONWEALTH BANK***<br>POB 400*<br>INDIANA, PA  15701 | Trustee Claim Number:29  INT %:  0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT: | CRED DESC:  SPECIAL NOTICE ONLY<br>ACCOUNT NO.:  ? |
| **FIRST NATIONAL BANK OF PA(*)**<br>LOAN ADJUSTMENT DEPT*<br>4140 E STATE ST<br>HERMITAGE, PA  16148 | Trustee Claim Number:30  INT %:  0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT: | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  ? |

| Creditor | Trustee Claim / Court Claim | Claim / Comment | Cred Desc / Account |
|---|---|---|---|
| **FORD MOTOR CREDIT CO(*)**<br>DRAWER 55-953  CH 13*<br>POB 55000*<br>DETROIT, MI  48255 | Trustee Claim Number:31  INT %: 0.00%<br>Court Claim Number: | CLAIM: 0.00<br>COMMENT: NO$~BELIEVED TO BE PAID IN FULL/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 6298 |
| **EAST BAY FUNDING**<br>C/O RESURGENT CAPITAL SERVICES LP<br>PO BOX 288<br>GREENVILLE, SC  29603 | Trustee Claim Number:32  INT %: 0.00%<br>Court Claim Number:17 | CLAIM: 16,097.27<br>COMMENT: GECRB~GEMONE/SCH*ROUNDUP~GE CAP*PMT 6/25/13 @09-20949*DKT | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 8365 |
| **GEMB**<br>950 FORRER BLVD<br>DAYTON, OH  45420 | Trustee Claim Number:33  INT %: 0.00%<br>Court Claim Number: | CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: SPECIAL NOTICE ONLY<br>ACCOUNT NO.: ? |
| **HILCO RECEIVABLES++**<br>1120 LAKE COOK RD STE B<br>BUFFALO GROVE, IL  60089 | Trustee Claim Number:34  INT %: 0.00%<br>Court Claim Number: | CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: SPECIAL NOTICE ONLY<br>ACCOUNT NO.: ? |
| **HSBC BANK++**<br>POB 5253<br>CAROL STREAM, IL  60197 | Trustee Claim Number:35  INT %: 0.00%<br>Court Claim Number: | CLAIM: 0.00<br>COMMENT: | CRED DESC: SPECIAL NOTICE ONLY<br>ACCOUNT NO.: ? |
| **JB ROBINSON**<br>375 GHENT RD<br>AKRON, OH  44333 | Trustee Claim Number:36  INT %: 0.00%<br>Court Claim Number: | CLAIM: 0.00<br>COMMENT: | CRED DESC: SPECIAL NOTICE ONLY<br>ACCOUNT NO.: ? |
| **JEFFERSON CAPITAL SYSTEMS LLC***<br>PO BOX 772813<br>CHICAGO, IL  60677-2813 | Trustee Claim Number:37  INT %: 0.00%<br>Court Claim Number: | CLAIM: 0.00<br>COMMENT: STUDENT LOAN/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0498 |
| **JEFFERSON CAPITAL SYSTEMS LLC***<br>PO BOX 772813<br>CHICAGO, IL  60677-2813 | Trustee Claim Number:38  INT %: 0.00%<br>Court Claim Number:6 | CLAIM: 587.74<br>COMMENT: 2806171545*NO NUM/SCH*AMERICAN EAGLE*PMT 6/25/13 @09-20949*DK | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 2869 |
| **JEFFERSON CAPITAL SYSTEMS LLC***<br>PO BOX 772813<br>CHICAGO, IL  60677-2813 | Trustee Claim Number:39  INT %: 0.00%<br>Court Claim Number:5 | CLAIM: 2,326.70<br>COMMENT: 2693353089*NO$-NUM/SCH*ARROW FNCL~CARE CREDIT*PMT 6/25/13 @09-20949* | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 5700 |
| **STERLING INC DBA KAY JEWELERS**<br>ATTN: BANKRUPTCY DEPT<br>375 GHENT ROAD<br>AKRON, OH  44333 | Trustee Claim Number:40  INT %: 0.00%<br>Court Claim Number: | CLAIM: 0.00<br>COMMENT: | CRED DESC: SPECIAL NOTICE ONLY<br>ACCOUNT NO.: ? |

| Creditor | Trustee Claim / Court Claim | Cred Desc / Account | Claim / Comment |
|---|---|---|---|
| **KOHL'S**<br>POB 2983<br>MILWAUKEE, WI  53201-2983 | Trustee Claim Number:41  INT %: 0.00%<br>Court Claim Number: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 3444 | CLAIM: 0.00<br>COMMENT: NT ADR~CAPONE/SCH |
| **MANUFACTURERS & TRADERS TRUST**<br>DBA/ M & T BANK<br>1 FOUNTAIN PLAZA 4TH FL<br>BUFFALO, NY  14203 | Trustee Claim Number:42  INT %: 0.00%<br>Court Claim Number: | CRED DESC: SPECIAL NOTICE ONLY<br>ACCOUNT NO.: ? | CLAIM: 0.00<br>COMMENT: |
| **NATIONAL CAPITAL MANAGEMENT LLC**<br>8245 TOURNAMENT DR STE 230<br>MEMPHIS, TN  38125 | Trustee Claim Number:43  INT %: 0.00%<br>Court Claim Number: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: ? | CLAIM: 0.00<br>COMMENT: |
| **PARKVALE BANK*FRMR PARKVALE SV**<br>ATTN: ASSET MGT*<br>4220 WILLIAM PENN HWY*<br>MONROEVILLE, PA  15146 | Trustee Claim Number:44  INT %: 0.00%<br>Court Claim Number: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 9802 | CLAIM: 0.00<br>COMMENT: |
| **PRA/PORTFOLIO RECOVERY ASSOC**<br>POB 41067<br>NORFOLK, VA  23541-1067 | Trustee Claim Number:45  INT %: 0.00%<br>Court Claim Number: | CRED DESC: SPECIAL NOTICE ONLY<br>ACCOUNT NO.: ? | CLAIM: 0.00<br>COMMENT: |
| **PORTFOLIO RECOVERY ASSOCIATES, LLC**<br>PO BOX 12914<br>NORFOLK, VA  23541 | Trustee Claim Number:46  INT %: 0.00%<br>Court Claim Number:12 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 6619 | CLAIM: 4,949.16<br>COMMENT: NO NUM/SCH*CITIBANK*PMT 6/25/13 @09-20949*DKT |
| **PORTFOLIO RECOVERY ASSOCIATES, LLC**<br>PO BOX 12914<br>NORFOLK, VA  23541 | Trustee Claim Number:47  INT %: 0.00%<br>Court Claim Number:11 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 4730 | CLAIM: 1,250.53<br>COMMENT: NO NUM/SCH*CITIBANK*PMT 6/25/13 @09-20949*DKT |
| **PORTFOLIO RECOVERY ASSOCIATES, LLC**<br>PO BOX 12914<br>NORFOLK, VA  23541 | Trustee Claim Number:48  INT %: 0.00%<br>Court Claim Number:10 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 4942 | CLAIM: 16,584.23<br>COMMENT: NO$-NUM/SCH*FIA~BOA*PMT 6/25/13 @09-20949*DKT |
| **PROVIDIAN**<br>C/O SST<br>POB 3999*<br>ST JOSEPH, MO  64503 | Trustee Claim Number:49  INT %: 0.00%<br>Court Claim Number: | CRED DESC: SPECIAL NOTICE ONLY<br>ACCOUNT NO.: ? | CLAIM: 0.00<br>COMMENT: NT ADR/SCH |
| **ROUNDUP FUNDING LLC***<br>C/O RESURGENT CAPITAL SERVICES<br>PO BOX 288<br>GREENVILLE, SC  29603 | Trustee Claim Number:50  INT %: 0.00%<br>Court Claim Number: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: ? | CLAIM: 0.00<br>COMMENT: |

| Creditor | Trustee Claim / Court Claim | Claim / Comment | Cred Desc / Account |
|---|---|---|---|
| **ROUNDUP FUNDING LLC*** <br> C/O RESURGENT CAPITAL SERVICES <br> PO BOX 288 <br> GREENVILLE, SC  29603 | Trustee Claim Number:51  INT %: 0.00% <br> Court Claim Number: <br> CLAIM: 0.00 <br> COMMENT: | | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: ? |
| **SCA B MOSS** <br> 1000 MAC ARTHUR BLVD <br><br> MAHWAH, NJ  07430 | Trustee Claim Number:52  INT %: 0.00% <br> Court Claim Number: <br> CLAIM: 0.00 <br> COMMENT: | | CRED DESC: SPECIAL NOTICE ONLY <br> ACCOUNT NO.: ? |
| **TD RETAIL CARD SERVICES** <br> C/O CREDITORS BANKRUPTCY SERVICE* <br> PO BOX 800849 <br> DALLAS, TX  75380 | Trustee Claim Number:53  INT %: 0.00% <br> Court Claim Number:1 <br> CLAIM: 1,662.45 <br> COMMENT: PMT 6/25/13 @09-20949*DKT | | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 1272 |
| **VERIZON(*)++** <br> 404 BROCK DR <br><br> BLOOMINGTON, IL  61701 | Trustee Claim Number:54  INT %: 0.00% <br> Court Claim Number: <br> CLAIM: 0.00 <br> COMMENT: | | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 9062 |
| **WASHINGTON MUTUAL BANK* ++** <br> 7255 BAYMEADOWS WAY <br> MAILSTOP JAXB2007 <br> JACKSONVILLE, FL  32256 | Trustee Claim Number:55  INT %: 0.00% <br> Court Claim Number: <br> CLAIM: 0.00 <br> COMMENT: | | CRED DESC: SPECIAL NOTICE ONLY <br> ACCOUNT NO.: ? |
| **DELL FINANCIAL SERVICES LLC** <br> C/O RESURGENT CAP SVCS <br> POB 10390 <br> GREENVILLE, SC  29603-0390 | Trustee Claim Number:56  INT %: 0.00% <br> Court Claim Number:8 <br> CLAIM: 2,508.69 <br> COMMENT: WEBBANK/SCH*PMT 6/25/13 @09-20949*DKT | | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 0094 |
| **WELTMAN WEINBERG & REIS CO LPA** <br> 2500 KOPPERS BUILDING <br> 436 SEVENTH AVE <br> PITTSBURGH, PA  15219-1842 | Trustee Claim Number:57  INT %: 0.00% <br> Court Claim Number: <br> CLAIM: 0.00 <br> COMMENT: | | CRED DESC: SPECIAL NOTICE ONLY <br> ACCOUNT NO.: ? |
| **WORLD FINANCIAL NETWORK** <br> NATL BANK/VICTORIA'S SECRET <br> POB 182124 <br> COLUMBUS, OH  43218-2124 | Trustee Claim Number:58  INT %: 0.00% <br> Court Claim Number: <br> CLAIM: 0.00 <br> COMMENT: NT ADR/SCH | | CRED DESC: SPECIAL NOTICE ONLY <br> ACCOUNT NO.: ? |
| **DEUTSCHE BANK NATIONAL TRUST CO - TRUST** <br> C/O SELECT PORTFOLIO SERVICING INC* <br> PO BOX 65450 <br> SALT LAKE CITY, UT  84165-0450 | Trustee Claim Number:59  INT %: 0.00% <br> Court Claim Number:9 <br> CLAIM: 0.00 <br> COMMENT: 1ST*$0/PL@CHASE*DKT*THRU 6/13*CL=$0*FR DEUTSCHE C/O CHASE RECORDS-| | | CRED DESC: MORTGAGE ARR. <br> ACCOUNT NO.: 6162 |
| **JPMORGAN CHASE BANK NA** <br> 3415 VISION DR <br> MAIL CODE OH4-7142 <br> COLUMBUS, OH  43219 | Trustee Claim Number:60  INT %: 0.00% <br> Court Claim Number:21-2 <br> CLAIM: 250.00 <br> COMMENT: 2ND*$CL-PL@ CHASE HM FNC*FLD AFT BAR*AMD*DK | | CRED DESC: MORTGAGE ARR. <br> ACCOUNT NO.: 5105 |

| | | |
|---|---|---|
| **PORTFOLIO RECOVERY ASSOCIATES, LLC** | Trustee Claim Number:61  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| PO BOX 12914 | Court Claim Number:14 | ACCOUNT NO.:  8153 |
| | CLAIM:  1,148.63 | |
| NORFOLK, VA  23541 | COMMENT:  NO$-NUM/SCH@CID 48*NCM~CHASE~WAMU*PMT 6/25/13 @09-20949*DKT | |
| **JEFFERSON CAPITAL SYSTEMS LLC*** | Trustee Claim Number:62  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| PO BOX 772813 | Court Claim Number:7 | ACCOUNT NO.:  3602 |
| | CLAIM:  10,500.90 | |
| CHICAGO, IL  60677-2813 | COMMENT:  2706818521*NO$-NUM/SCH@CID39*CACV~WAMU~PROVIDIAN*PMT 6/25/13 @09-2( | |
| **JPMORGAN CHASE BANK NA** | Trustee Claim Number:63  INT %:  0.00% | CRED DESC:  MORTGAGE REGULAR PAYME[ |
| 3415 VISION DR | Court Claim Number:20 | ACCOUNT NO.:  5105 |
| MAIL CODE OH4-7142 | | |
| | CLAIM:  0.00 | |
| COLUMBUS, OH  43219 | COMMENT:  DUPL TO C21-1, SEE AMD C21-2@CID 3,60*CL=20378.37*FLD AFT BAR*DKT | |