**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

FILED
7/27/18 1:50 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

| | |
|---|---|
| IN RE:<br>  GRANT D. PROSPERI | Case No.13-22645TPA |
| Debtor(s)<br>Ronda J. Winnecour, Trustee<br>  Movant<br>vs.<br>GRANT D. PROSPERI | Chapter 13<br><br>Document No. __125__ |
| Respondents | |

### ORDER TO STOP PAYROLL DEDUCTIONS

AND NOW, this __27th__ day of __July__, 20__18__, it is hereby ORDERED, ADJUDGED, and DECREED that,

Bayada Home Health Care
Attn: Payroll Manager
300 Oxford Dr
Ste 410
Monroeville, PA 15146

is hereby ordered to immediately terminate the attachment of the wages of GRANT D. PROSPERI, social security number XXX-XX-2577. No future payments are to be sent to Ronda J. Winnecour, Trustee on behalf of GRANT D. PROSPERI.

BY THE COURT:

_____
jlm
UNITED STATES BANKRUPTCY JUDGE

cc: Debtor(s)
    Debtor(s) Attorney

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                  Case No. 13-22645-TPA
Grant D. Prosperi                                                       Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-2    User: gamr    Page 1 of 1    Date Rcvd: Jul 27, 2018
                 Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 29, 2018.
db             +Grant D. Prosperi,    210 East Pike Street,    Houston, PA 15342-1713

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 29, 2018                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 27, 2018 at the address(es) listed below:
        Celine P. DerKrikorian    on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee
         for J.P. Morgan Mortgage Acquisition Trust 2007-CH1, Asset Backed Pass-Through Certificates,
         Series 2007-CH1, ecfmail@mwc-law.com
        Celine P. DerKrikorian    on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee
         for J.P. Morgan Mortgage Acquisition Trust 2007-CH1, Asset Backed Pass-Through Certificates,
         Series 2007 ecfmail@mwc-law.com
        James Warmbrodt    on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee, on
         behalf of the holders of the J.P. Morgan Mortgage Acquisition Trust 2007-CH1 Asset Backed
         Pass-Through Certificates, Series 2007-CH1 bkgroup@kmllawgroup.com
        Kevin T. McQuail    on behalf of Creditor    The Bank of New York Mellon fka The Bank of New York,
         As Trustee for the Certificateholders of CWALT, Inc. Alternative Loan Trust 2005-7CB, Mortgage
         Pass-Through Certificates Series 2005-7CB ecfmail@mwc-law.com
        Luke A. Sizemore    on behalf of Creditor    Deutsche Bank National Trust Co.
         lsizemore@reedsmith.com,    slucas@reedsmith.com;bankruptcy-2628@ecf.pacerpro.com
        Luke A. Sizemore    on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee for
         J.P. Morgan Mortgage Acquisition Trust 2007-CH1, Asset Backed Pass-Through Certificates, Series
         2007-CH1, lsizemore@reedsmith.com,    slucas@reedsmith.com;bankruptcy-2628@ecf.pacerpro.com
        Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
        Paul W. McElrath, Jr.    on behalf of Debtor Grant D. Prosperi ecf@mcelrathlaw.com,
         donotemail.ecfbackuponly@gmail.com
        Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                                                            TOTAL: 9