FILED
8/1/18 3:19 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br>Grant D. Prosperi<br><br>    Debtor<br><br>Ronda J. Winnecour, Chapter 13 Trustee,<br><br>    Movant,<br>      Vs.<br><br>CitiFinancial, Inc.,<br>    Respondent(s) | Case No.: 13-22645 TPA<br>Chapter 13<br><br>Related to Claim No. 13<br><br>Related to Document No. 120 |

## ORDER OF COURT

AND NOW, this ___1st___ day of _____August_____, 2018, upon consideration of the Trustee's Objection to Claim No. 13 and any responses thereto, it is hereby ORDERED that Claim No. 13 of CitiFinancial, Inc. is disallowed.

BY THE COURT:

_[signature]_
U.S. Bankruptcy Judge

vas

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                    Case No. 13-22645-TPA
Grant D. Prosperi                                                         Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-2          User: gamr              Page 1 of 1              Date Rcvd: Aug 01, 2018
                              Form ID: pdf900         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 03, 2018.
db            +Grant D. Prosperi,    210 East Pike Street,    Houston, PA 15342-1713

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0

       ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 03, 2018                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 1, 2018 at the address(es) listed below:
      Celine P. DerKrikorian    on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee for J.P. Morgan Mortgage Acquisition Trust 2007-CH1, Asset Backed Pass-Through Certificates, Series 2007-CH1, ecfmail@mwc-law.com
      Celine P. DerKrikorian    on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee for J.P. Morgan Mortgage Acquisition Trust 2007-CH1, Asset Backed Pass-Through Certificates, Series 2007 ecfmail@mwc-law.com
      James Warmbrodt    on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee, on behalf of the holders of the J.P. Morgan Mortgage Acquisition Trust 2007-CH1 Asset Backed Pass-Through Certificates, Series 2007-CH1 bkgroup@kmllawgroup.com
      Kevin T. McQuail    on behalf of Creditor    The Bank of New York Mellon fka The Bank of New York, As Trustee for the Certificateholders of CWALT, Inc. Alternative Loan Trust 2005-7CB, Mortgage Pass-Through Certificates Series 2005-7CB ecfmail@mwc-law.com
      Luke A. Sizemore    on behalf of Creditor    Deutsche Bank National Trust Co. lsizemore@reedsmith.com, slucas@reedsmith.com;bankruptcy-2628@ecf.pacerpro.com
      Luke A. Sizemore    on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee for J.P. Morgan Mortgage Acquisition Trust 2007-CH1, Asset Backed Pass-Through Certificates, Series 2007-CH1, lsizemore@reedsmith.com, slucas@reedsmith.com;bankruptcy-2628@ecf.pacerpro.com
      Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
      Paul W. McElrath, Jr.    on behalf of Debtor Grant D. Prosperi ecf@mcelrathlaw.com, donotemail.ecfbackuponly@gmail.com
      Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                                             TOTAL: 9