**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA (Pittsburgh)**

| | |
|---|---|
| **IN RE:**<br><br>**Grant D. Prosperi**<br>**Debtor.**<br>___________________________________<br><br>**Ronda J. Winnecour,**<br>**Chapter 13 Trustee,**<br>**Movant,**<br><br>**v.**<br><br>**JPMorgan Chase Bank, National Association,**<br>**Respondent.** | **Bankruptcy No. 13-22645 TPA**<br><br>**Chapter 13**<br><br>**Related to Doc. No.: 134** |

**<u>CONSENT MOTION TO EXTEND TIME FOR JP MORGAN CHASE BANK, NATIONAL ASSOCIATION TO FILE A RESPONSE TO THE NOTICE OF FINAL CURE PAYMENT</u>**

NOW COMES, Respondent JPMorgan Chase Bank, National Association, by and through its undersigned counsel, Phelan Hallinan Diamond & Jones, LLP, and with the consent of the Chapter 13 Trustee, respectfully requests that this Honorable Court grant Respondent an additional twenty-one (21) days to respond to the Notice of Final Cure Payment (the "<u>NOFC</u>") and in support thereof, avers as follows:

1. The underlying bankruptcy case was commenced on June 21, 2013 when Grant D. Prosperi (the "<u>Debtor</u>") filed a voluntary petition for relief under chapter 13 of title 11 of the United States Code, 11 U.S.C. § 101 *et seq.* (the "<u>Bankruptcy Code</u>").

2. On November 26, 2013, Respondent filed a proof of claim at Claim No. 21-2, evidencing a secured claim in the total amount of $20,259.63, secured by a mortgage on the Debtor's real property located at 210 East Pike Street, Houston, PA 15342.

3. On October 11, 2018, the Trustee filed the NOFC reflecting the next post-petition payment due September 1, 2018.

4. Respondent has sought and received copies of two checks from the Trustee and requires additional time to research the checks and reconcile the account in order to file its response to the NOFC.

5. The Trustee consents to this request.

6. Accordingly, pursuant to Fed. R. Bankr. P. 9006(b) Respondent requests and additional twenty-one (21) days in which to file a response to the NOFC.

7. This is the first request for an extension of time and no party will be prejudiced if this request is granted.

**WHEREFORE**, JPMorgan Chase Bank, National Association respectfully requests that this Honorable Court grant it an extension of twenty-one (21) days to respond to the Notice of Final Cure Payment.

Respectfully submitted,

PHELAN HALLINAN DIAMOND & JONES, LLP

Date: November 2, 2018

*/s/ Jodi L. Hause, Esquire*

Jodi L. Hause, Esquire
PA ID No. 90625
Phelan Hallinan Diamond & Jones, LLP
Omni William Penn Place Office Tower
555 Grant Street, Suite 360
Pittsburgh, PA 15219
412.745.0600 / 412.745.0601 (fax)
jodi.hause@phelanhallinan.com

Consented to: */s/ Jana Pail*
Jana Pail, Esquire
Attorney for the Chapter 13 Trustee

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA (Pittsburgh)**

| | |
|---|---|
| **IN RE:**<br><br>**Grant D. Prosperi**<br>**Debtor.**<br>______________________________<br><br>**Ronda J. Winnecour,**<br>**Chapter 13 Trustee,**<br>**Movant,**<br><br>**v.**<br><br>**JPMorgan Chase Bank, National Association,**<br>**Respondent.** | **Bankruptcy No. 13-22645 TPA**<br><br>**Chapter 13**<br><br>**Related to Doc. No.: 134** |

**ORDER**

AND NOW, this ____________ day of ___________________, 2018, upon consideration of the Consent Motion to Extend Time for JPMorgan Chase, National Association to File Response to Notice of Final Cure Payment ("Motion"), and response to same, and the record as a whole, IT IS HEREBY ORDERED: The Motion is GRANTED;

Respondent shall have an additional twenty-one (21) days to respond to the Chapter 13 Trustee's Motion to Compel Complete Loan History and Pay-Off Statement ("Motion") or until November 22, 2018.

______________________________
THOMAS P. AGRESTI
U.S. BANKRUPTCY JUDGE

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA (Pittsburgh)**

| | |
|---|---|
| **IN RE:**<br><br>**Grant D. Prosperi**<br>**Debtor.**<br><br>**Ronda J. Winnecour,**<br>**Chapter 13 Trustee,**<br>**Movant,**<br><br>**v.**<br><br>**JPMorgan Chase Bank, National Association,**<br>**Respondent.** | **Bankruptcy No. 13-22645 TPA**<br><br>**Chapter 13** |

**CERTIFICATE OF SERVICE**

I certify under penalty of perjury on the dates stated below I served or caused to be served the CONSENT MOTION TO EXTEND TIME FOR JP MORGAN CHASE BANK, NATIONAL ASSOCIATION TO FILE A RESPONSE TO THE NOTICE OF FINAL CURE on the parties at the addresses shown below. The types of service made on the parties were: Electronic Notification and First Class Mail.

**Service by Electronic Notification**
**Paul W. McElrath, Jr.**
McElrath Legal Holdings, LLC.
1641 Saw Mill Run Boulevard
Pittsburgh, PA 15210
Email: ecf@mcelrathlaw.com

**Ronda J. Winnecour, Chapter 13 Trustee**
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219

**Service by First Class Mail**
**Grant D. Prosperi**
210 East Pike Street
Houston, PA 15342

PHELAN HALLINAN DIAMOND & JONES, LLP

Date: November 2, 2018

*/s/ Jodi L. Hause, Esquire*
Jodi L. Hause, Esquire
PA ID No. 90625
Phelan Hallinan Diamond & Jones, LLP
Omni William Penn Place Office Tower
555 Grant Street, Suite 360
Pittsburgh, PA 15219
412.745.0600 / 412.745.0601 (fax)
jodi.hause@phelanhallinan.com