**Fill in this information to identify the case:**

Debtor 1: Grant D. Prosperi

Debtor 2 (Spouse, if filing):

United States Bankruptcy Court for the: WESTERN District of Pennsylvania (State)

Case Number: 13-22645 TPA

# Form 4100R
# Response to Notice of Final Cure Payment

10/15

According to Bankruptcy Rule 3002.1(g). the creditor responds to the trustee's notice of final cure payment.

## Part 1: Mortgage Information

Name of creditor: DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE ON BEHALF OF THE HOLDERS OF THE J.P. MORGAN MORTGAGE ACQUISITION TRUST 2007-CH1 ASSET BACKED PASS-THROUGH CERTIFICATES, SERIES 2007-CH1

Court Claim No. (if known): 9

Last 4 digits of any number you use to identify the debtor's account: **6162**

Property Address: 210 East Pike Street
Houston, PA 15342

## Part 2: Prepetition Default Payments

*Check one:*

☒ Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.

☐ Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is:

## Part 3: Post-petition Mortgage Payment

*Check one:*

☒ Creditor states that the debtor(s) are current with all post-petition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next post-petition payment from the debtor(s) is due on: **November 1, 2018**

☐ Creditor states that the debtor(s) are not current on all post-petition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this response is:

a. Total post-petition ongoing payments due: (a) $0.00

b. Total fees, charges, expenses, escrow, and costs outstanding: + (b) $0.00

c. **Total**. Add lines a and b. (c) $0.00

Creditor asserts that the debtor(s) are contractually obligated for the post-petition payment(s) that first became due on:

| Debtor 1 | Grant D. Prosperi | | | Case number (*if known*) | 13-22645 TPA |
|---|---|---|---|---|---|
| | First name | Middle Name | Last name | | |

## Part 4: Itemized Payment History

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all post-petition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:
- all payments received;
- all fees, costs, escrow, and expenses assessed to the mortgage; and
- all amounts the creditor contends remain unpaid.

## Part 5: Sign Here

**The person completing this response must sign it. The response must be filed as a supplement to the creditor's proof of claim**

*Check the appropriate box:*

☐ I am the creditor.

☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.**

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

| | /s/ Andrew L. Spivack, Esquire | Date | November 2, 2018 |
|---|---|---|---|
| | Signature | | |

| Print | Andrew L. Spivack, Esq., Id. No.84439 | | | Title | Attorney for Plaintiff |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

| Company | Phelan Hallinan Diamond & Jones, LLP |
|---|---|

**If different from the notice address listed on the proof of claim to which this response applies:**

| Address | 1617 JFK Boulevard, Suite 1400, One Penn Center Plaza | | |
|---|---|---|---|
| | Number      Street | | |

| | Philadelphia, PA 19103 | | |
|---|---|---|---|
| | City | State | ZIP Code |

| Contact Phone | 215-563-7000 | Email | Andrew.Spivack@phelanhallinan.com |
|---|---|---|---|

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | |
| Grant D. Prosperi | BK. No. 13-22645 TPA |
| Debtor : | |
| : | Chapter No. 13 |
| DEUTSCHE BANK NATIONAL TRUST : | |
| COMPANY, AS TRUSTEE ON BEHALF OF : | |
| THE HOLDERS OF THE J.P. MORGAN : | |
| MORTGAGE ACQUISITION TRUST 2007- : | |
| CH1 ASSET BACKED PASS-THROUGH : | 11 U.S.C. §362 |
| CERTIFICATES, SERIES 2007-CH1. : | |
| Movant : | |
| v. : | |
| Grant D. Prosperi | |
| Respondent | |

**CERTIFICATE OF SERVICE OF RESPONSE TO
NOTICE OF FINAL CURE PAYMENT**

I certify under penalty of perjury that I served or caused to be served the above captioned Response to Notice of Final Cure Payment on the parties at the addresses shown below or on the attached list on November 2, 2018.

The types of service made on the parties were: Electronic Notification and First Class Mail.

| Service by Electronic Notification | Service by First Class Mail |
|---|---|
| Ronda J. Winnecour, Esquire (TRUSTEE)<br>Suite 3250, USX Tower, 600 Grant Street<br>Pittsburgh, PA 15219 | Grant D. Prosperi<br>210 East Pike Street<br>Houston, PA 15342-1713 |
| PAUL W. MCELRATH, JR, Esquire<br>MCELRATH LEGAL HOLDINGS, LLC<br>1641 SAW MILL RUN BOULEVARD<br>PITTSBURGH, PA 15210<br> Office Of The United States Trustee<br>1001 Liberty Avenue, Suite 970<br>Pittsburgh, PA 15222 | Ronda J. Winnecour, Esquire<br>(TRUSTEE)<br>Suite 3250, Usx Tower, 600 Grant Street<br>Pittsburgh, PA 15219 |

If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example, the names and addresses of parties served by electronic notice will be listed under the heading "Service by Electronic Notification" and those served by mail will be listed under the heading: Service by First Class Mail."

Andrew L. Spivack, Esq., Id. No.84439
Andrew L. Spivack, Esq., Id. No.84439
Phelan Hallinan Diamond & Jones, LLP
Omni William Penn Office Tower
555 Grant Street, Suite 300
Pittsburgh, PA 15219
Phone Number: 215-563-7000 Ext 1566
Fax Number: 215-568-7616
Email: Andrew.Spivack@phelanhallinan.com

November 2, 2018