**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: | |
| GRANT D. PROSPERI | Case No.:13-22645 TPA |
| Debtor(s) | Chapter 13 |
| Ronda J. Winnecour<br>Chapter 13 Trustee,<br>Movant<br>vs.<br>No Respondents. | Document No.: |

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR
AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

1. The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

2. The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

3. Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

4. After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report"). Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

**Wherefore**, the Trustee requests that the Court,

1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
2. Approve the Trustee's Report of Receipts and Disbursements,
3. Terminate wage attachments,
4. Revest property of the estate in the debtor(s), and
5. Enter a final decree and close this case.

October 29, 2018

/s/  Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

## TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

   1.  The case was filed on 06/21/2013 and confirmed on 10/30/13 . The case was subsequently        Completed After Confirmation

   2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 77,738.25 |
| Less Refunds to Debtor | 1,810.96 | |
| TOTAL AMOUNT OF PLAN FUND | | 75,927.29 |
| Administrative Fees | | |
|    Filing Fee | 0.00 | |
|    Notice Fee | 0.00 | |
|    Attorney Fee | 5,481.00 | |
|    Trustee Fee | 3,036.79 | |
|    Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 8,517.79 |

| Creditor Type  Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   DEUTSCHE BANK NATIONAL TRUST CO | 0.00 | 50,646.84 | 0.00 | 50,646.84 |
|     Acct: 6162 | | | | |
|   JPMORGAN CHASE BANK NA | 0.00 | 15,994.76 | 0.00 | 15,994.76 |
|     Acct: 5105 | | | | |
|   JPMORGAN CHASE BANK NA | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 5105 | | | | |
|   DEUTSCHE BANK NATIONAL TRUST CO | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 6162 | | | | |
|   JPMORGAN CHASE BANK NA | 250.00 | 250.00 | 0.00 | 250.00 |
|     Acct: 5105 | | | | |
|   WASHINGTON COUNTY TAX CLM BUREA | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 1000 | | | | |
| | | | | 66,891.60 |
| **Priority** | | | | |
|   PAUL W MCELRATH JR ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   GRANT D. PROSPERI | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   GRANT D. PROSPERI | 1,396.00 | 1,396.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   GRANT D. PROSPERI | 414.96 | 414.96 | 0.00 | 0.00 |
|     Acct: | | | | |
|   PAUL W MCELRATH JR ESQ | 1,000.00 | 1,000.00 | 0.00 | 0.00 |
|     Acct: XXXXXXXXXXXXXXXXXXXXXXXXX5-18 | | | | |
|   JASON MAZZEI ESQ | 2,843.90 | 2,843.90 | 0.00 | 0.00 |
|     Acct: | | | | |
|   PAUL W MCELRATH JR ESQ | 637.10 | 637.10 | 0.00 | 0.00 |
|     Acct: | | | | |
|   PAUL W MCELRATH JR ESQ | 1,000.00 | 1,000.00 | 0.00 | 0.00 |
|     Acct: XXXXXXXXXXXXXXXXXXXXXXXXX2-16 | | | | |
| | ***NONE*** | | | |
| **Unsecured** | | | | |
|   ASSET ACCEPTANCE CORP | 0.00 | 0.00 | 0.00 | 0.00 |

| Creditor Type  Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Unsecured | | | | |
|   Acct: ? | | | | |
|   JPMORGAN CHASE BANK NA | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: 1471 | | | | |
|   CITIFINANCIAL INC (NON-RE*)++ | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: 2466 | | | | |
|   CITIFINANCIAL INC (NON-RE*)++ | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: 2879 | | | | |
|   EAST BAY FUNDING | 4,095.17 | 22.97 | 0.00 | 22.97 |
|   Acct: 1983 | | | | |
|   EAST BAY FUNDING | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: ? | | | | |
|   EAST BAY FUNDING | 1,370.41 | 7.69 | 0.00 | 7.69 |
|   Acct: 3552 | | | | |
|   EAST BAY FUNDING | 14,025.13 | 78.68 | 0.00 | 78.68 |
|   Acct: 4636 | | | | |
|   EAST BAY FUNDING | 6,736.09 | 37.79 | 0.00 | 37.79 |
|   Acct: 5144 | | | | |
|   ECAST SETTLEMENT CORP | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: ? | | | | |
|   ECAST SETTLEMENT CORP | 5,795.92 | 32.52 | 0.00 | 32.52 |
|   Acct: 8687 | | | | |
|   ECMC(*) | 2,676.69 | 15.02 | 0.00 | 15.02 |
|   Acct: 2577 | | | | |
|   ECMC(*) | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: 0001 | | | | |
|   FIRST NATIONAL BANK OF PA(*) | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: ? | | | | |
|   FORD MOTOR CREDIT COMPANY LLC(*) | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: 6298 | | | | |
|   EAST BAY FUNDING | 16,097.27 | 90.31 | 0.00 | 90.31 |
|   Acct: 8365 | | | | |
|   JEFFERSON CAPITAL SYSTEMS LLC* | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: 0498 | | | | |
|   JEFFERSON CAPITAL SYSTEMS LLC* | 587.74 | 3.30 | 0.00 | 3.30 |
|   Acct: 2869 | | | | |
|   JEFFERSON CAPITAL SYSTEMS LLC* | 2,326.70 | 13.05 | 0.00 | 13.05 |
|   Acct: 5700 | | | | |
|   KOHL'S | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: 3444 | | | | |
|   NATIONAL CAPITAL MANAGEMENT LLC | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: ? | | | | |
|   PARKVALE BANK*FRMR PARKVALE SV | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: 9802 | | | | |
|   PORTFOLIO RECOVERY ASSOCIATES, L | 4,949.16 | 27.76 | 0.00 | 27.76 |
|   Acct: 6619 | | | | |
|   PORTFOLIO RECOVERY ASSOCIATES, L | 1,250.53 | 7.02 | 0.00 | 7.02 |
|   Acct: 4730 | | | | |
|   PORTFOLIO RECOVERY ASSOCIATES, L | 16,584.23 | 93.04 | 0.00 | 93.04 |
|   Acct: 4942 | | | | |
|   ROUNDUP FUNDING LLC* | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: ? | | | | |
|   ROUNDUP FUNDING LLC* | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: ? | | | | |
|   TD RETAIL CARD SERVICES | 1,662.45 | 9.33 | 0.00 | 9.33 |
|   Acct: 1272 | | | | |
|   VERIZON(*)++ | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: 9062 | | | | |
|   DELL FINANCIAL SERVICES LLC | 2,508.69 | 14.07 | 0.00 | 14.07 |
|   Acct: 0094 | | | | |
|   PORTFOLIO RECOVERY ASSOCIATES, L | 1,148.63 | 6.44 | 0.00 | 6.44 |

| Creditor Type  Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Unsecured | | | | |
| Acct: 8153 | | | | |
| JEFFERSON CAPITAL SYSTEMS LLC* | 10,500.90 | 58.91 | 0.00 | 58.91 |
| Acct: 3602 | | | | |
| MARGARET GAIRO ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| AES (AMERICAN EDUCATION SRVCS) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: ? | | | | |
| AES/PHEAA | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 7001 | | | | |
| AMERICAN EXPRESS | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: ? | | | | |
| ARROW FINANCIAL SERVICES++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: ? | | | | |
| ATLANTIC CREDIT & FINANCE INC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: ? | | | | |
| BANK OF AMERICA** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: ? | | | | |
| CAPITAL ONE(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: ? | | | | |
| CARE CREDIT | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: ? | | | | |
| DELL FINANCIAL SERVICES LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: ? | | | | |
| DISCOVER BANK(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: ? | | | | |
| FDS NATIONAL BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: ? | | | | |
| FIRST COMMONWEALTH BANK* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: ? | | | | |
| GEMB | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: ? | | | | |
| HILCO RECEIVABLES++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: ? | | | | |
| HSBC BANK++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: ? | | | | |
| JB ROBINSON | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: ? | | | | |
| STERLING INC DBA KAY JEWELERS | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: ? | | | | |
| MANUFACTURERS & TRADERS TRUST | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: ? | | | | |
| PRA/PORTFOLIO RECOVERY ASSOC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: ? | | | | |
| PROVIDIAN | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: ? | | | | |
| SCA B MOSS | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: ? | | | | |
| WASHINGTON MUTUAL BANK* ++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: ? | | | | |
| WELTMAN WEINBERG & REIS CO LPA | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: ? | | | | |
| WORLD FINANCIAL NETWORK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: ? | | | | |
| | | | | 517.90 |

TOTAL PAID TO CREDITORS                                                              67,409.50

Case 13-22645-TPA    Doc 142    Filed 11/03/18    Entered 11/04/18 00:51:43    Desc
Imaged Certificate of Notice    Page 5 of 9

```
TOTAL
CLAIMED              0.00
PRIORITY           250.00
SECURED         92,315.71
```

Date: 10/29/2018

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>　　GRANT D. PROSPERI<br><br>　　　　　Debtor(s)<br><br>　Ronda J. Winnecour<br>　　　　Movant<br>　　　vs.<br>　No Repondents. | Case No.:13-22645 TPA<br><br>Chapter 13<br><br>Document No.: |

ORDER OF COURT

　AND NOW, this _____day of _____, 20____, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

　(1).  This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

　(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

　(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

　(4). Property of the estate hereby revests in the debtor(s).  This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan.  All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

　(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or  rejected the plan.  All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

　(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report").  Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

　　　　　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                 Case No. 13-22645-TPA
Grant D. Prosperi                                                      Chapter 13
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2          User: jmar              Page 1 of 3           Date Rcvd: Nov 01, 2018
                              Form ID: pdf900         Total Noticed: 61

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 03, 2018.
```
db            +Grant D. Prosperi,    210 East Pike Street,    Houston, PA 15342-1713
13675255      +AES/Keystone Direct,   1200 N 7th Street,    Harrisburg, PA 17102-1419
13675257       AMEX,   P.O. Box 981535,    El Paso, TX 79998-1535
13661358      +Aes/Pheaa,   1200 N. 7th Street 4th Floor,    Harrisburg, PA 17102-1419
13675258       Arrow Financial,    8589 Aero Drive,    San Diego, CA 92123
13675293     ++CHASE CARD SERVICES,    201 NORTH WALNUT STREET,    ATTN MARK PASCALE,    MAIL STOP DE1-1406,
                WILMINGTON DE 19801-2920
               (address filed with court: Providian,    PO Box 660509,    Dallas, TX 75266-0509)
13748916      +CHASE RECORDS CENTER,    ATTN:CORRESPONDENCE MAIL,    MAIL CODE: LA4-5555,    700 KANSAS LANE,
                MONROE, LA 71203-4774
13675262      +Capital One,    PO Box 1366,   Pittsburgh, PA 15230-1366
13675264      +Chase,   Po Box 24696,    Columbus, OH 43224-0696
13661360      +Chase Bank,    c/o Creditors Bankruptcy Service,    P.O. Box 740933,    Dallas, TX 75374-0933
13661361      +Chase Home Finance,    Bankruptcy Department,    3415 Vision Drive,    Dept. OH-7142,
                Columbus, OH 43219-6009
13661362      +Chase Home Finance,    Po Box 24696,    Columbus, OH 43224-0696
13735534       CitiFinancial, Inc,    P.O. Box 6042,    Sioux Falls, SD 57117-6042
13661364       CitiFinancial, Inc.,    P.O. Box 140489,    Irving, TX 75014-0489
13661363      +Citifinancia,   605 Munn Road C/S Care Dept,    Fort Mill, SC 29715-8421
13675267      +Citifinancial,   605 Munn Road C/S Care Dept,    Fort Mill, SC 29715-8421
13729144     ++DELL FINANCIAL SERVICES,    P O BOX 81577,    AUSTIN TX 78708-1577
               (address filed with court: Dell Financial Services, LLC,     Resurgent Capital Services,
                PO Box 10390,    Greenville, SC 29603-0390)
13675272      +DSNB MACYS,   9111 Duke Boulevard,    Mason, OH 45040-8999
13675270      +Deutsche Bank National Trust Co.,,    As Trustee For Chase,    Dept oh4-7142,    3415 Vision Drive,
                Columbus, OH 43219-6009
14415869      +Deutsche Bank National Trust Company, a,    Serviced by Select Portfolio Servicing,,
                3217 S. Decker Lake Dr.,    Salt Lake City, UT 84119-3284
13729279      +Deutsche Bank National Trust Company, as Trustee,     c/o Chase Records Center,
                Attn: Correspondence Mail,    Mail Code LA4-5555,    700 Kansas Lane,    Monroe, LA 71203-4774
13698200       ECMC,   P.O. Box 16408,    St. Paul, MN 55116-0408
13661368       ECMC,   PO Box 75906,    Saint Paul, MN 55175
13661371     ++FORD MOTOR CREDIT COMPANY,    P O BOX 62180,    COLORADO SPRINGS CO 80962-2180
               (address filed with court: Ford Motor Credit Company,     National Bankruptcy Service Center,
                PO Box 537901,    Livonia, MI 48153-7901)
13661369      +First National Bank,    4140 East State Street,    Hermitage, PA 16148-3401
13661370      +Ford Motor Credit Company,    Weltman, Weinberg & Reis, Co. LPA,    1400 Koppers Building,
                436 7th Avenue,    Pittsburgh, PA 15219-1842
13675283      +HSBC Bank,    PO Box 5253,   Carol Stream, IL 60197-5253
13675282       Hilco Recovery,    One Northbrook Plaza,    Northbrook, IL 60062
13749166      +JPMorgan Chase Bank, National Association,    Chase Records Center ATTN:,    Correspondence Mail,
                Mail Code: LA4-5555,    700 Kansas Lane,    Monroe, LA 71203-4774
13661375      +Parkvale Savings,    4220 Wm Penn Highw,    Monroeville, PA 15146-2774
13675296      +SCA/B Moss,   1000 MaCarther Boulevard,    Mahwah, NJ 07430-2035
13675297      +TD Retail Card Services,    P.O. Box 740933,    Dallas, TX 75374-0933
13661379      +TD Retail Card Services,    c/o Creditors Bankruptcy Service,    P.O. Box 740933,
                Dallas, TX 75374-0933
13675299      +Washington County Tax Claim Bureau,    100 West Beau Street,    Suite 205,
                Washington, PA 15301-4483
13675300       Washington Mutual Bank,    7255 Baymeadows Way,    Jacksonville, FL 32256-6851
13661367       eCAST Settlement,    Post Office Box 35480,    Newark, NJ 07193-5480
13694373       eCAST Settlement Corporation, assignee,    of FIA Card Services, N.A.,    POB 35480,
                Newark, NJ 07193-5480
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
13661359      +E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM Nov 02 2018 03:22:28      Asset Acceptance LLC,
                P.O. Box 2036,   Warren, MI 48090-2036
13675260      +E-mail/Text: ACF-EBN@acf-inc.com Nov 02 2018 03:21:42      Atlantic Crd,   P O Box 13386,
                Roanoke, VA 24033-3386
13675263       E-mail/PDF: gecsedi@recoverycorp.com Nov 02 2018 03:24:38      Care / GE Money Bank,
                Po Box 981439,   El Paso, TX 79998-1439
13661365       E-mail/PDF: resurgentbknotifications@resurgent.com Nov 02 2018 03:24:53
                Dell Financial Services, LLC,    c/o Resurgent Capital Services,    P.O. Box 10390,
                Greenville, SC 29603-0390
13675271       E-mail/Text: mrdiscen@discover.com Nov 02 2018 03:21:44      Discover Financial,   PO Box 6103,
                Carol Stream, IL 60197-6103
13661366      +E-mail/PDF: resurgentbknotifications@resurgent.com Nov 02 2018 03:24:01      East Bay Funding,
                c/o Resurgent Capital Services,    P.O. Box 288,   Greenville, SC 29602-0288
13746060      +E-mail/PDF: resurgentbknotifications@resurgent.com Nov 02 2018 03:24:26
                East Bay Funding, LLC its successors and assigns,    as assignee of Roundup Funding L.L.C.,
                Resurgent Capital Services,    PO Box 288,   Greenville, SC 29602-0288
13675276       E-mail/Text: bankruptcynotice@fcbanking.com Nov 02 2018 03:21:47      First Commonwealth Bank,
                PO Box 400,   Indiana, PA 15701
```

```
District/off: 0315-2            User: jmar                    Page 2 of 3                   Date Rcvd: Nov 01, 2018
                                Form ID: pdf900               Total Noticed: 61

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
13675281       +E-mail/PDF: gecsedi@recoverycorp.com Nov 02 2018 03:24:38      GEMB,    PO Box 981064,
                 El Paso, TX 79998-1064
13661372       +E-mail/PDF: gecsedi@recoverycorp.com Nov 02 2018 03:24:12      Gecrb/Gemone,    Po Box 965005,
                 Orlando, FL 32896-5005
13675284       +E-mail/Text: BKRMailOPS@weltman.com Nov 02 2018 03:21:59      JB Robinson,    375 Ghent Road,
                 Akron, OH 44333-4601
13661373        E-mail/Text: JCAP_BNC_Notices@jcap.com Nov 02 2018 03:23:00      Jefferson Capital Systems,
                 PO Box 7999,    Saint Cloud, MN 56302-9617
13675286       +E-mail/Text: BKRMailOPS@weltman.com Nov 02 2018 03:21:59      Kay Jewelers,    375 Ghent Road,
                 Akron, OH 44333-4600
13675287       +E-mail/Text: bnckohlsnotices@becket-lee.com Nov 02 2018 03:21:49      Kohls/Capone,
                 N56 W 17000 Ridgewood Dr,    Menomonee Falls, WI 53051-7096
13675288        E-mail/Text: camanagement@mtb.com Nov 02 2018 03:21:59      M&T Credit Services,
                 1 Fountain Place,    Buffalo, NY 14203-1495
13661374       +E-mail/Text: bknotice@ncmllc.com Nov 02 2018 03:22:53      National Capital Management,
                 8245 Tournament Drive,    Suite 230,    Memphis, TN 38125-1741
13675291        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Nov 02 2018 03:23:55
                 Portfolio Recovery,    Po Box 41067,    Norfolk, VA 23541
13732579        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Nov 02 2018 03:24:45
                 Portfolio Recovery Associates, LLC,    PO Box 12914,    Norfolk VA 23541
13661376       +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Nov 02 2018 03:24:46
                 PRA Receivables Management,    As Agent of Portfolio Recovery Assocs.,    P.O. Box 12914,
                 Norfolk, VA 23541-0914
13661377        E-mail/PDF: resurgentbknotifications@resurgent.com Nov 02 2018 03:24:00
                 Resurgent Capital Services,    PO Box 10826,    Greenville, SC 29603-0826
13661378        E-mail/PDF: resurgentbknotifications@resurgent.com Nov 02 2018 03:24:00
                 Roundup Funding, LLC,    MS 550,    Post Office Box 91121,    Seattle, WA 98111-9221
13661380       +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Nov 02 2018 03:21:34
                 Verizon,    P.O. Box 3037,    Bloomington, IL 61702-3037
13675302       +E-mail/Text: BKRMailOps@weltman.com Nov 02 2018 03:22:45      Weltman, Weinber & Reis Co., LPA,
                 436 Seventh Avenue, Suite 1400,    Pittsburgh, PA 15219-1827
13675303       +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Nov 02 2018 03:22:03      Wfnnb / Victorias Secret,
                 220 West Schrock Road,    Westerville, OH 43081-2873
                                                                                               TOTAL: 24

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr             Deutsche Bank National Trust Co.
cr             Deutsche Bank National Trust Company, as Trustee f
cr             Deutsche Bank National Trust Company, as Trustee f
cr             Deutsche Bank National Trust Company, as Trustee,
cr             JPMorgan Chase Bank, N.A.
cr             The Bank of New York Mellon fka The Bank of New Yo
13675256*     +Aes/Pheaa,    1200 N. 7th Street 4th Floor,    Harrisburg, PA 17102-1419
13675259*     +Asset Acceptance LLC,    P.O. Box 2036,    Warren, MI 48090-2036
13675265*     +Chase Bank,    c/o Creditors Bankruptcy Service,    P.O. Box 740933,    Dallas, TX 75374-0933
13675266*     +Chase Home Finance,    Bankruptcy Department,    3415 Vision Drive,    Dept. OH-7142,
                 Columbus, OH 43219-6009
13675268*      CitiFinancial, Inc.,    P.O. Box 140489,    Irving, TX 75014-0489
13675269*    ++DELL FINANCIAL SERVICES,    P O BOX 81577,    AUSTIN TX 78708-1577
               (address filed with court: Dell Financial Services, LLC,    c/o Resurgent Capital Services,
                 P.O. Box 10390,    Greenville, SC 29603-0390)
13661381*    ++DELL FINANCIAL SERVICES,    P O BOX 81577,    AUSTIN TX 78708-1577
               (address filed with court: Webbank/Dfs,    1 Dell Way,    Round Rock, TX 78682)
13675301*    ++DELL FINANCIAL SERVICES,    P O BOX 81577,    AUSTIN TX 78708-1577
               (address filed with court: Webbank/Dfs,    1 Dell Way,    Round Rock, TX 78682)
13675275*      ECMC,    PO Box 75906,    Saint Paul, MN 55175
13675273*     +East Bay Funding,    c/o Resurgent Capital Services,    P.O. Box 288,    Greenville, SC 29602-0288
13675279*    ++FORD MOTOR CREDIT COMPANY,    P O BOX 62180,    COLORADO SPRINGS CO 80962-2180
               (address filed with court: Ford Motor Credit Company,    National Bankruptcy Service Center,
                 PO Box 537901,    Livonia, MI 48153-7901)
13675277*     +First National Bank,    4140 East State Street,    Hermitage, PA 16148-3401
13675278*     +Ford Motor Credit Company,    Weltman, Weinberg & Reis, Co. LPA,    1400 Koppers Building,
                 436 7th Avenue,    Pittsburgh, PA 15219-1842
13675280*     +Gecrb/Gemone,    Po Box 965005,    Orlando, FL 32896-5005
13675285*    ++JEFFERSON CAPITAL SYSTEMS LLC,    PO BOX 7999,    SAINT CLOUD MN 56302-7999
               (address filed with court: Jefferson Capital Systems,    PO Box 7999,
                 Saint Cloud, MN 56302-9617)
13709007*    ++JEFFERSON CAPITAL SYSTEMS LLC,    PO BOX 7999,    SAINT CLOUD MN 56302-7999
               (address filed with court: Jefferson Capital Systems LLC,    PO BOX 7999,
                 SAINT CLOUD MN 56302-9617)
13709032*    ++JEFFERSON CAPITAL SYSTEMS LLC,    PO BOX 7999,    SAINT CLOUD MN 56302-7999
               (address filed with court: Jefferson Capital Systems LLC,    PO BOX 7999,
                 SAINT CLOUD MN 56302-9617)
13710567*    ++JEFFERSON CAPITAL SYSTEMS LLC,    PO BOX 7999,    SAINT CLOUD MN 56302-7999
               (address filed with court: Jefferson Capital Systems LLC,    PO BOX 7999,
                 SAINT CLOUD MN 56302-9617)
13675289*     +National Capital Management,    8245 Tournament Drive,    Suite 230,    Memphis, TN 38125-1741
```

```
District/off: 0315-2              User: jmar                Page 3 of 3                  Date Rcvd: Nov 01, 2018
                                  Form ID: pdf900           Total Noticed: 61


             ***** BYPASSED RECIPIENTS (continued) *****
13675292*       +PRA Receivables Management,   As Agent of Portfolio Recovery Assocs.,   P.O. Box 12914,
                  Norfolk, VA 23541-0914
13675290*       +Parkvale Savings,    4220 Wm Penn Highw,   Monroeville, PA 15146-2774
13675294*        Resurgent Capital Services,    PO Box 10826,   Greenville, SC 29603-0826
13675295*        Roundup Funding, LLC,    MS 550,   Post Office Box 91121,   Seattle, WA 98111-9221
13675298*       +Verizon,   P.O. Box 3037,   Bloomington, IL 61702-3037
13675274*        eCAST Settlement,    Post Office Box 35480,   Newark, NJ 07193-5480
cr             ##+SELECT PORTFOLIO SERVICING, INC,    3815 South West Temple,   Salt Lake City, UT 84115-4412
13675261       ##+Bank of America,    P.O. Box 1598,   Norfolk, VA 23501-1598
                                                                                           TOTALS: 6, * 25, ## 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 03, 2018                                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 29, 2018 at the address(es) listed below:
              Celine P. DerKrikorian    on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee
               for J.P. Morgan Mortgage Acquisition Trust 2007-CH1, Asset Backed Pass-Through Certificates,
               Series 2007 ecfmail@mwc-law.com
              Celine P. DerKrikorian    on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee
               for J.P. Morgan Mortgage Acquisition Trust 2007-CH1, Asset Backed Pass-Through Certificates,
               Series 2007-CH1, ecfmail@mwc-law.com
              James   Warmbrodt    on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee, on
               behalf of the holders of the J.P. Morgan Mortgage Acquisition Trust 2007-CH1 Asset Backed
               Pass-Through Certificates, Series 2007-CH1 bkgroup@kmllawgroup.com
              Kevin T. McQuail    on behalf of Creditor    The Bank of New York Mellon fka The Bank of New York,
               As Trustee for the Certificateholders of CWALT, Inc. Alternative Loan Trust 2005-7CB, Mortgage
               Pass-Through Certificates Series 2005-7CB ecfmail@mwc-law.com
              Luke A. Sizemore    on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee for
               J.P. Morgan Mortgage Acquisition Trust 2007-CH1, Asset Backed Pass-Through Certificates, Series
               2007-CH1, lsizemore@reedsmith.com,    slucas@reedsmith.com;bankruptcy-2628@ecf.pacerpro.com
              Luke A. Sizemore    on behalf of Creditor    Deutsche Bank National Trust Co.
               lsizemore@reedsmith.com,    slucas@reedsmith.com;bankruptcy-2628@ecf.pacerpro.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Paul W. McElrath, Jr.    on behalf of Debtor Grant D. Prosperi ecf@mcelrathlaw.com,
               donotemail.ecfbackuponly@gmail.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 9
```