FILED
11/5/18 4:05 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA (Pittsburgh)

| | |
|---|---|
| IN RE:<br><br>Grant D. Prosperi<br>　　　　　Debtor.<br><br>Ronda J. Winnecour,<br>Chapter 13 Trustee,<br>　　　　　Movant,<br><br>v.<br><br>JPMorgan Chase Bank, National Association,<br>　　　　　Respondent. | Bankruptcy No. 13-22645 TPA<br><br>Chapter 13<br><br>Related to Doc. No.: 134, 139 |

## ORDER

AND NOW, this __5th__ day of __November__, 2018, upon consideration of the Consent Motion to Extend Time for JPMorgan Chase, National Association to File Response to Notice of Final Cure Payment ("Motion"), and response to same, and the record as a whole, IT IS HEREBY ORDERED: The Motion is GRANTED;

Respondent shall have an additional twenty-one (21) days to respond to the Chapter 13 Trustee's Motion to Compel Complete Loan History and Pay-Off Statement ("Motion") or until November 22, 2018.

_____
THOMAS P. AGRESTI    jlm
U.S. BANKRUPTCY JUDGE

3

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                Case No. 13-22645-TPA
Grant D. Prosperi                                                     Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-2    User: lfin    Page 1 of 1    Date Rcvd: Nov 05, 2018
                      Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 07, 2018.
db             +Grant D. Prosperi,    210 East Pike Street,    Houston, PA 15342-1713

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                            TOTAL: 0

      ***** BYPASSED RECIPIENTS *****
NONE.                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 07, 2018                             Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 5, 2018 at the address(es) listed below:
      Andrew L. Spivack    on behalf of Creditor    Deutsche Bank National Trust Co. pawb@fedphe.com
      Celine P. DerKrikorian    on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee
       for J.P. Morgan Mortgage Acquisition Trust 2007-CH1, Asset Backed Pass-Through Certificates,
       Series 2007 ecfmail@mwc-law.com
      Celine P. DerKrikorian    on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee
       for J.P. Morgan Mortgage Acquisition Trust 2007-CH1, Asset Backed Pass-Through Certificates,
       Series 2007-CH1, ecfmail@mwc-law.com
      James Warmbrodt    on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee, on
       behalf of the holders of the J.P. Morgan Mortgage Acquisition Trust 2007-CH1 Asset Backed
       Pass-Through Certificates, Series 2007-CH1 bkgroup@kmllawgroup.com
      Jodi L. Hause    on behalf of Creditor    JPMorgan Chase Bank, N.A. jodi.hause@phelanhallinan.com,
       pawb@fedphe.com
      Kevin T. McQuail    on behalf of Creditor    The Bank of New York Mellon fka The Bank of New York,
       As Trustee for the Certificateholders of CWALT, Inc. Alternative Loan Trust 2005-7CB, Mortgage
       Pass-Through Certificates Series 2005-7CB ecfmail@mwc-law.com
      Luke A. Sizemore    on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee for
       J.P. Morgan Mortgage Acquisition Trust 2007-CH1, Asset Backed Pass-Through Certificates, Series
       2007-CH1, lsizemore@reedsmith.com,    slucas@reedsmith.com;bankruptcy-2628@ecf.pacerpro.com
      Luke A. Sizemore    on behalf of Creditor    Deutsche Bank National Trust Co.
       lsizemore@reedsmith.com,    slucas@reedsmith.com;bankruptcy-2628@ecf.pacerpro.com
      Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
      Paul W. McElrath, Jr.    on behalf of Debtor Grant D. Prosperi ecf@mcelrathlaw.com,
       donotemail.ecfbackuponly@gmail.com
      Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
      Thomas Song    on behalf of Creditor    JPMorgan Chase Bank, N.A. pawb@fedphe.com
                                                                                                                                                   TOTAL: 12